RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 26 2016

FILED
DOCKETED
DATE          INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Cs. # 15-10509

LUKE D. BRUGNARA,
  Appellant

D.C. # 3:14-CR-00306 WHA
Northern Dist. of CA, San Francisco

v.

UNITED STATES,
  Appellee

Request for Hearing on Appellant's Motion to Proceed Pro-Se; Request for En Banc Review of Appellant's Motion to Proceed Pro-Se; Request to Clerk of Court and Commissioner to issue Appellant's Appeal in C.S. # 15-10509 to Assigned Appellat Judges.

Appellant, Luke Brugnara ("Luke"), filed his Appeal in this case, and Motion to proceed prose, 2½ weeks ago. Luke has a Constitutional Right to proceed prose, and is competent and capable to do so, as demonstrated prima facia in the Appeal which was filed, and previous motions and filings in this Court and the District Court. The District Court has complimented Luke on his well-written arguments and replies in the instant matter. Luke requests this Court grant his motion to proceed prose and distribute the Appeal for appellate review and a ruling.

If this Court is inclined to rule against Luke proceeding prose, Luke requests a hearing; Moreover, Luke requests that the Appellate Judges read Luke's appeal as the proof of Luke's competency to proceed prose. Luke's appeal is cohesively written and specific to the major issues which Luke is appealing. If this Appellate Court (the assigned Judges) deem that Luke's appeal is lacking the standards which they require, then Luke requests a hearing, and review en banc, to determine Luke's competency to proceed prose. Luke also requests an order from the assigned Judges.

Luke is currently at Mendota FCI in California (2½ hours

by car from SF). If a hearing is required, Luke can attend the hearing, or be available by "video" conference.

Time is of the essence. As detailed in Luke's appeal, Luke is 100% innocent of any crime, and, in fact, was the victim of fraud. Luke's right to freedom and liberty is being violated and seized daily unjustly, sinfully, in grave violation of Luke's Constitutional Rights as a productive United States citizen and family man-married 25 years with four teenage children.

Your immediate attention is appreciated; and an expeditious review and ruling on Luke's bail request is needed. This Court of Appeals is the only safeguard which Luke has to protect his Constitutional Rights and simple expectation of freedom. The factual details of grave/horrific injustices which Luke has endured in the District Court are shockingly true and memorialized in the transcribed record of CR-14-0306WHA and CR-08-0222 WHA.

Respectfully submitted

*[signature]*

LUKE BRUGNARA,
Appellant

2/23/2016