FILED

MAR 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LUKE D. BRUGNARA, <br><br> Defendant - Appellant. | No. 15-10509 <br><br> D.C. No. 3:14-cr-00306-WHA-1 <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's late unopposed motion for a second extension of time to file the opening brief is granted. The opening brief is due May 3, 2016. The answering brief is due June 2, 2016. The optional reply brief is due within 14 days after service of the answering brief.

Counsel is reminded that a motion for an extension of time to file a brief should be filed at least seven calendar days before the expiration of the time prescribed for filing the brief. See 9th Cir. R. 31-2.2(b).

SM/Pro Mo3/1/2016